UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTHONY J. WOODS | CIVIL ACTION |
| VERSUS | No. 20-482 |
| LATOYA CANTRELL, ET AL. | SECTION I |

### JUDGMENT

On this date, the Court issued an order and reasons granting a motion to dismiss plaintiff Anthony J. Woods's ("Woods") claims filed by defendants LaToya Cantrell ("Cantrell"), Robert Matthews ("Matthews"), Rhonda Sidney ("Sidney"), N'Gai Smith ("Smith"), Elizabeth Robins ("Robins"), French Market Corporation ("French Market"), and the City of New Orleans (the "City").[1] Accordingly,

**IT IS ORDERED** that the motion to dismiss is **GRANTED**, in that Woods's properly asserted federal law claims, except those raised under the Fourteenth Amendment, are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Woods's Fourteenth Amendment claims are **DISMISSED WITHOUT PREJUDICE** to being re-raised in an appropriate proceeding once ripe for adjudication.

---

[1] Woods's claims against defendant Kathleen Turner ("Turner") were dismissed without opposition on December 23, 2020. R. Doc. No. 48.

**IT IS FURTHER ORDERED** that Woods's state law claims, and all federal claims the Court construed as improperly raised, or otherwise rejected because they were not properly before it, are **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, March 16, 2021.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**