UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTHONY WOODS | CIVIL ACTION |
| VERSUS | NO: 20-482 |
| LATOYA CANTRELL, ET AL | SECTION: "I" (4) |

## ORDER

The Court, having considered the record, applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore,

**IT IS ORDERED** that the defendants' motion to enforce settlement[1] is **DENIED.**

**IT IS FURTHER ORDERED** that the defendants are ordered to remove the previously dismissed parties from the proposed release agreement, namely: Mayor Latoya Cantrell, City of New Orleans, French Market Corporation, Kathleen Turner, Rhonda Sidney, Robert Matthews, and Elizabeth Robins.

**IT IS FURTHER ORDERED** that the parties are instructed to modify the settlement agreement, no later than **JULY 25, 2023**, to name the only remaining defendant, N'Gai Smith. The parties shall then sign the settlement agreement.

New Orleans, Louisiana, this 11th day of July, 2023.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. No. 99