UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ANTHONY J. WOODS**  **CIVIL ACTION**

**VERSUS**  **No. 20-482**

**LATOYA CANTRELL ET AL.**  **SECTION I**

ORDER & REASONS

Before the Court is a motion filed by plaintiff Anthony Woods ("Woods") that seeks an extension of time to respond to the defendant N'Gai Smith's ("defendant") motion for summary judgment and that seeks to compel discovery and impose sanctions on defendant.[1] Woods previously filed another motion for an extension of time to respond based on the same alleged failure to produce discovery by defendant.[2]

U.S. Magistrate Judge North recently issued an order denying Woods' motion to compel discovery responses.[3] Judge North explained that the requests for admissions and interrogatories were directed at French Market, a previously dismissed defendant.[4] Judge North denied Woods' motion to compel, noting that requests for interrogatories or admissions cannot be propounded on a dismissed

---

[1] R. Doc. No. 128.
[2] R. Doc. No. 119.
[3] R. Doc. No. 134.
[4] *Id.* at 2.

party.[5] Additionally, as Judge North noted,[6] defendant has no obligation to respond to discovery requests issued to a dismissed party.[7]

Based on the reasoning set forth in Judge North's order, the Court will deny Woods' request before this Court to compel the same discovery responses. Because the same alleged failure to respond to discovery is the basis for Woods' motion for sanctions before this Court, the Court will also deny his request for sanctions.

Woods requests additional time to respond to the motion for summary judgment based on the alleged discovery violations discussed previously.[8] The Court will grant Woods additional time to respond because of the time it will take for Woods to receive this order via postal mail and the Court's desire for Woods to have an opportunity to respond to defendant's motion for summary judgment. The Court notes, however, that Woods has already been granted extensions previously and he is not entitled to additional time to respond based on the alleged discovery violations, which the Court has found are without merit. Accordingly,

**IT IS ORDERED** that Woods' motion is **GRANTED IN PART** and **DENIED IN PART**. Woods' motion is **DENIED** to the extent it seeks to compel discovery and impose sanctions. His motion is **GRANTED** to the extent it seeks a brief extension

---

[5] *Id.*

[6] *Id.* at 3.

[7] Judge North noted that defendant has offered to respond to the discovery requests as if they were propounded on defendant instead of French Market to secure a speedy resolution of the motion for summary judgment. *Id.* at 2. Woods has not responded to this offer. *Id.* at 3.

[8] R. Doc. No. 128, at 4.

of time to respond to defendant's motion. Woods shall respond to defendant's motion for summary judgment no later than **DECEMBER 21, 2023.**

**IT IS FURTHER ORDERED** that Woods' previously filed motion for an extension of time is **DISMISSED AS MOOT.**

New Orleans, Louisiana, December 13, 2023.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**