UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANTHONY WOODS** | **CIVIL ACTION** |
| **VERSUS** | **No. 20-482** |
| **LATOYA CANTRELL ET AL.** | **SECTION I** |

### JUDGMENT

On this date, the Court issued an order and reasons granting defendant's motion for summary judgment. Accordingly,

**IT IS ORDERED** that the motion for summary judgment is **GRANTED**. Plaintiff's remaining claim in the above-captioned matter is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, December 18, 2023.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**