# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 4, 2024
Lyle W. Cayce
Clerk

No. 23-30918

_____

Anthony J. Woods,

*Plaintiff—Appellant*,

*versus*

N'Gai Smith, *officially* and *individually*,

*Defendant—Appellee*.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:20-CV-482

_____

Before Elrod, *Chief Judge*, and Dennis and Higginson, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion

Case 2:23-cv-00692-LMA Document 52-1 Filed 01/07/25 Page 2 of 2
Case: 23-30918 Document: 152-1 Page: 2 Date Filed: 01/07/2025

No. 23-30918

for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.

Certified as a true copy and issued
as the mandate on **Jan 07, 2025**

Attest:
**Clerk, U.S. Court of Appeals, Fifth Circuit**

2